NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0266

BART REDMON AND MELISSA REDMON,
INDIVIDUALLY AND ON BEHALF OF THEIR
MINOR DAUGHTER, SHELBY REDMON

VERSUS

WILLIAM KEITH REDMON, JR., ET AL.

************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 2003-4955,
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of John D. Saunders, Jimmie C. Peters, and Billy H. Ezell, Judges.

AFFIRMED.

Darrel D. Ryland
Post Office Drawer 1469
Marksville, LA  71351
(318) 253-5961
COUNSEL FOR PLAINTIFFS/APPELLEES:
    Bart Redmon, et al.

Keith M. Borne
Post Office Box 4305
Lafayette, LA  70502-4305
(337) 232-1604
COUNSEL FOR DEFENDANT/APPELLANT:
    Safeway Insurance Company of Louisiana, Inc.